FRED CHRISTANSEN and HAROLD CHRISTANSEN, an Infant, by His Guardian ad Litem, FRED CHRISTANSEN, Respondents; BORGHIL CHRISTANSEN, Plaintiff, v. UNITED AUTO DELIVERY, INC., Appellant.— In an action for damages for personal injuries caused by the defendant's negligence in the operation of a motor vehicle, and for loss of services, judgment in favor of the plaintiffs-respondents unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Taylor, JJ.